UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 35641
GUADALUPE LEROY GOMEZ
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-2150

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 09/06/05 and confirmed on 10/28/05.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $  32741.28 .

    4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 12675.00 | 1007.12 | 12675.00 |
| CHECK INTO CASH INC | UNSECURED | 288.00 | .00 | 288.00 |
| CINGULAR WIRELESS | UNSECURED | 436.67 | .00 | 436.67 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 9035.37 | .00 | 9035.37 |
| EMERGENCY CARE PHYSICIAN | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY & AMBULATORY C | UNSECURED | NOT FILED | .00 | .00 |
| HANGER | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| JESSICA GOMEZ | UNSECURED | NOT FILED | .00 | .00 |
| METRO PARAMEDIC SRV | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTORS | UNSECURED | NOT FILED | .00 | .00 |
| ROY GOMEZ | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 4453.73 | .00 | 4453.73 |

                Summary of disbursements:
------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 12675.00 | .00 | 14213.77 | .00 | 26888.77 |
| PRINCIPAL PAID | 12675.00 | .00 | 14213.77 | .00 | 26888.77 |
| INTEREST PAID | 1007.12 | .00 | .00 | .00 | 1007.12 |
| TOTAL PAID | 13682.12 | .00 | 14213.77 | .00 | 27895.89 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $  2700.00
and was paid $  2700.00 .

The Trustee received $  1297.15 .

Refunds to the Debtor totaled $    848.24 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/23/08                                        /S/
                                              GLENN STEARNS
                                              CHAPTER 13 TRUSTEE




                          PAGE   2
        CASE NO. 05 B 35641 GUADALUPE LEROY GOMEZ